**280**

■

COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. PRESSED STEEL CAR COMPANY, Inc., Respondent.

PRESSED STEEL CAR COMPANY, Inc., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

Nos. 8941, 8942.

Circuit Court of Appeals, Third Circuit.

Argued Dec. 4, 1945.

Decided Dec. 26, 1945.

■

Lee W. Eckels, of Pittsburgh, Pa. (John E. Laughlin, Jr., Earl F. Reed, and Thorp, Bostwick, Reed & Armstrong, all of Pittsburgh, Pa., on the brief), for Pressed Steel Car Co., Inc.

Newton K. Fox, of Washington, D. C. (Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key and A. F. Prescott, Sp. Assts. to Atty. Gen., on the brief), for the Commissioner.

Before BIGGS, GOODRICH, and McLAUGHLIN, Circuit Judges.

PER CURIAM.

The decision of the Tax Court is affirmed.

■

Patrick Henry KELLEY, Appellant, v. AMERICAN SUGAR REFINING COMPANY.

No. 8921.

Circuit Court of Appeals, Third Circuit.

Argued Dec. 4, 1945.

Decided Dec. 26, 1945.

■

William H. Wurts, of Hackensack, N. J. (Patrick Henry Kelley, of Boston, Mass., on the brief), for appellant.

Josiah Stryker, of Newark, N. J. (Stryker, Tams & Horner, of Newark, N. J., on the brief), for appellee.

Before BIGGS, GOODRICH, and McLAUGHLIN, Circuit Judges.

PER CURIAM.

The judgment of the court below, 58 F. Supp. 242, is affirmed.